William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
ZYMA AUGUSTIN,
MARITES CACYAN,
LILIBETH CASINO, and
MONA LISA MUSINGI



FILED
DISTRICT COURT OF GUAM
JUN 1 0 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

ZYMA AUGUSTIN,
MARITES CACYAN,
LILIBETH CASINO, and
MONA LISA MUSINGI,

    Plaintiffs,

vs.

SEA VIEW ENTERPRISES, d/b/a
MR. SUSHI and KAZUNARI
WATANABE,

    Defendants.

CIVIL CASE NO. 02-00016

COMPLAINT TITLE VII
EMPLOYMENT; JURY
TRIAL DEMANDED

Comes Now Plaintiffs, by and through counsel, and for their claims against Defendants state as follows:

1. This Court has jurisdiction of the claims herein pursuant to 28 U.S.C. §§1331 and 1343(4). This civil action arises under the Constitution and laws of the United States. Plaintiffs are alleging a violation of their rights under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. §§2000e et seq.

ORIGINAL

2. Venue herein is proper under 28 U.S.C. §1391(b) and 42 USC §2000e-5(f)(3). Defendant SEA VIEW ENTERPRISES, Inc. d/b/a MR. SUSHI, (hereinafter "SEA VIEW ENTERPRISES") is a corporate resident of Guam doing business therein, and the alleged unlawful employment practices were committed within this federal district.

3. At all times mentioned in this complaint, Defendant SEA VIEW ENTERPRISES was and is a corporation organized and existing under the laws of Guam, with its principal place of business in Guam.

4. At all times mentioned in this complaint, Defendant, KAZUNARI WATANABE (hereinafter "WATANABE), was and is the agent, general manager and/or president of Defendant SEA VIEW ENTERPRISES and had full supervisory authority over each Plaintiff and had the ability to fire, discipline, demote and grant raises for each Plaintiff.

5. At all times herein mentioned in this complaint, Plaintiffs were residents of Guam and were employed by Defendant SEA VIEW ENTERPRISES as food handlers.

6. Plaintiffs are women and of Filipino origin and/or ethnicity.

7. On or about September 24, 2001, Plaintiffs filed charges of discrimination, satisfying the requirements of 42 U.S.C. §20003-5(b) and (e) with the Equal Employment Opportunity Commission. Such charge was filed within one hundred eighty (180) days after the alleged unlawful employment practices occurred. Less than ninety (90) days prior to the filing of this complaint, the Equal Employment Opportunity

Commission issued to each Plaintiff a Notice of Right to Sue with respect to such charges of discrimination. See attached Exhibits A, B, C and D.

8. Throughout her employment with Defendant SEA VIEW ENTERPRISES (approximately August 15, 2000 – May 17, 2001), Plaintiff ZYMA AGUSTIN was subjected to harassment by hearing Defendant WATANBE criticize her and fellow Filipinos by denigrating their national origin and ethnicity. By way of example, Plaintiff ZYMA AGUSTIN states that Defendant WATANBE would continually compare Filipinos to pigs and say Filipinos were no good and not trustworthy.

9a. Throughout her employment with Defendant SEA VIEW ENTERPRISES (approximately July 24, 2000 – April 2, 2001), Plaintiff MARITES CACAYAN was subjected to harassment hearing Defendant WATANBE criticize her and fellow Filipinos by denigrating their national origin and ethnicity. By way of example, Plaintiff MARITES CACAYAN states that Defendant WATANBE would continually compare Filipinos to pigs and say Filipinos were no good and not trustworthy. He would refer to Filipinos as "goddamn Filipinos" and as being "stupid."

9b. Additionally, until the time her employment terminated, Defendant WATANBE harassed Plaintiff MARITES CACAYAN by placing his hand on her buttocks.

10a. Plaintiff LILIBETH CASINO was employed by Defendant SEA VIEW ENTERPRISES from approximately January 18, 2001 – May 21, 2001 and from approximately June 8, 2001 – August 2001. Throughout her first period of employment Plaintiff LILIBETH CASINO was subjected to harassment by hearing Defendant WATANBE criticize her and her fellow Filipinos by denigrating their national origin and

ethnicity. By way of example, Plaintiff LILIBETH CASINO states that Defendant WATANBE would continually compare Filipinos to pigs and say Filipinos were no good and not educated. He said he did not have Filipino girlfriends because he said Filipinos are no good and that we only wanted money.

10b. In July of 2001 Defendant WATANBE harassed Plaintiff LILIBETH CASINO by massaging her shoulders. On one occasion, after attention had been drawn to his upper thy, he told Plaintiff LILBETH CASINO, "I know you like me."

11. Throughout her employment with Defendant SEA VIEW ENTERPRISES (approximately December 4, 2000 – April 4, 2001), Plaintiff MONA LIZA MUSNGI was subjected to harassment by hearing Defendant WATANBE criticize her and her fellow Filipinos by denigrating their national origin and ethnicity. By way of example, Plaintiff MONA LIZA MUSNGI states Defendant WATANBE would continually compare Filipinos to pigs and to refer to Filipinos as "stupid Filipinos."

12. Employees of the opposite sex and/or who were not Filipino were not subjected to the harassment Plaintiffs were subjected to such harassment on the basis of their sex and/or national origin and ethnicity.

13. Plaintiffs did not encourage, welcome, or consent to the harassment described herein.

14. The harassment described had a substantial detrimental effect on Plaintiff's employment.

15. Due to the harassment described, Plaintiffs were forced to resign their employment because the harassment created such intolerable working conditions such

that any reasonable person in the Plaintiffs' position would have been compelled to resign.

16. Defendant SEA VIEW ENTERPRISES had notice of the harassment described herein because such harassment was pervasive and obvious and/or was perpetrated by an individual of sufficient rank and position with the Defendant SEA VIEW ENTERPRISES as to impute liability to Defendant SEA VIEW ENTERPRISES.

17. Defendant SEA VIEW ENTERPRISES is liable for the relief claimed as it did not have a sexual harassment policy in place and did otherwise have corrective measures available which the Plaintiffs could have availed themselves.

18. The harassment was sufficiently severe or pervasive so as to alter the terms and conditions of the Plaintiffs' employment and/or substantially affected Plaintiffs' employment by creating an intimidating, hostile or offensive work environment.

19. As the result of the harassment, each Plaintiff suffered outrage, shock and humiliation, reasonably likely to occur based on the harassment experienced and thereby suffered compensatory damages.

20. As a result of the harassment, each Plaintiff is entitled to back and future wages.

21. As a result of the harassment, each Plaintiff is entitled to punitive damages as the actions of the defendants were with malice and/or reckless disregard of federal statutory laws.

22. Each Plaintiff is entitled to her attorney's fees and costs.

WHEREFORE, Plaintiffs pray that judgment be entered in their favor and against each Defendant and that the Plaintiffs be awarded all relief available to them under the law and statute, including but not limited to back pay, compensatory damages, punitive damages, front pay, reasonable attorney's fees and costs, and for such other and further relief as this Honorable Court deems just and proper.

Dated: June __10__, 2002

GORMAN & GAVRAS

BY: William L. Gavras, Esq.
Attorneys for Plaintiffs
ZYMA AUGUSTIN, MARITES CACYAN,
LILIBETH CASINO, and
MONA LISA MUSINGI

PLAINTIFF'S EXHIBIT A

EEOC Form 161-B (10/96)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Ms. Zyma Agustin
c/o William L. Gavras, Esq.
118-A Chalan Santo Papa
Hagatna, GU 96910

From: United States Equal Employment Opportunity Commission
300 Ala Moana Boulevard, Suite 7-127
Honolulu, Hawaii 96850

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-A2-00002 | Glory Gervacio, Investigator | (808) 541-3120 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[✔] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[✔] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Timothy A. Riera*     3/13/02
TIMOTHY A. RIERA
DIRECTOR     (Date Mailed)

Enclosure(s)

cc: Mr. Kazunari Watanabe
Sea View Enterprises, Inc. d/b/a: Mr. Sushi
P.O. Box 11379
Tamuning, GU 96931

RECEIVED MAR 18 2002
GORMAN & GAVRAS
By Mail

EEOC Form 161-B (10/96)    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

PLAINTIFF'S EXHIBIT B

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Ms. Marites Cacayan
c/o William L. Gavras, Esq.
118-A Chalan Santo Papa
Hagatna, GU 96910

From: United States Equal Employment Opportunity Commission
300 Ala Moana Boulevard, Suite 7-127
Honolulu, Hawaii 96850

[ ]  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-A2-00003 | Glory Gervacio, Investigator | (808) 541-3120 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must **be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ]  More than 180 days have passed since the filing of this charge.

[✔]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[✔]  The EEOC is terminating its processing of this charge.

[ ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____          3/13/02
TIMOTHY A. RIERA                         (Date Mailed)
DIRECTOR

Enclosure(s)

cc: Mr. Kazunari Watanabe
    Sea View Enterprises, Inc. d/b/a: Mr. Sushi
    P.O. Box 11379
    Tamuning, GU 96931

RECEIVED
MAR 18 2002
joyce
GORMAN & GAVRAS
By Mail

# NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: **Lilibeth Casino**
C/0 William Gavras
118-A Chalan Santo Papa
Hagnatna, Guam 96910

From: US Equal Employment Opportunity Commission
300 Ala Moana Blvd. 7-127
P.O. Box 50082
Honolulu, Hawaii 96822

[ ]   *On behalf of person(s) aggrieved whose identity is*
      *CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-A2-00005 | Raymond J. Griffin Jr., Investigator | 808-541-3721 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must **be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ]   More than 180 days have passed since the filing of this charge.

[X]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X]   The EEOC is terminating its processing of this charge.

[ ]   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____     3/13/02
Timothy A. Riera, Director     *(Date Mailed)*

Enclosure(s)

cc: Kazunari Watanabe
Sea View Enterprises, Inc. dba. Mr. Sushi
P.O. Box 11379
Tamuming, Guam 96931

RECEIVED
MAR 18 2002
GORMAN & GAVRAS
By Mail

# NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Mona Liza Musngi
C/O William Gavras
118-A Chalan Santo Papa
Hagnatna, Guam 96910

From: US Equal Employment Opportunity Commission
300 Ala Moana Blvd. 7-127
P.O. Box 50082
Honolulu, Hawaii 96822

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 378-A2-00004 | Raymond J. Griffin Jr., Investigator | 808-541-3721 |

(See also the additional information attached to this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Timothy A. Riera_  3/13/02
Timothy A. Riera, Director  (Date Mailed)

Enclosure(s)

cc: Kazunari Watanabe
Sea View Enterprises, Inc. dba. Mr. Sushi
P.O. Box 11379
Tamuming, Guam 96931

RECEIVED
MAR 18 2002
GORMAN & GAVRAS
By Mail

# United States District Court

------- DISTRICT OF -------
GUAM

ZYMA AUGUSTIN, MARITES CACYAN,
LILIBETH CASINO, and MONA LISA
MUSINGI

V.

SEA VIEW ENTERPRISES, d/b/a
MR. SUSHI and KAZUNARI
WATANABE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00016

TO: (Name and address of defendant)

SEA VIEW ENTERPRISES, d/b/a
MR. SUSHI
359-C FJ Building
Tan Maria Rivera Flores Street
Tamuning, Guam 96913

ACKNOWLEDGED RECEIPT
By: [signature]
Date: 6/10/02

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Gavras, Esq.
Law Offices of Gorman & Gavras
118-A Chalan Santo Papa
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

JUN 10 2002
02-00016
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK

# United States District Court

**DISTRICT OF GUAM**

ZYMA AUGUSTIN, MARITES CACYAN,
LILIBETH CASINO, and MONA LISA
MUSINGI

V.

SEA VIEW ENTERPRISES, d/b/a
MR. SUSHI and KAZUNARI
WATANABE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00016

TO: (Name and address of defendant)

KAZUNARI WATANABE
P.O. Box 11379
Tamuning, Guam 96931

ACKNOWLEDGED RECEIPT
By: [signature]
Date: 6/10/02

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Gavras, Esq.
Law Offices of Gorman & Gavras
118-A Chalan Santo Papa
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

JUN 10 2002
DATE

/s/ Leilani R. Toves Hernandez
(BY) DEPUTY CLERK