William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiffs**
ZYMA AUGUSTIN,
MARITES CACYAN,
LILIBETH CASINO, and
MONA LISA MUSINGI



FILED
DISTRICT COURT OF GUAM
JUN 10 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

ZYMA AUGUSTIN,
MARITES CACYAN,
LILIBETH CASINO, and
MONA LISA MUSINGI,

    Plaintiffs,

vs.

SEA VIEW ENTERPRISES, d/b/a
MR. SUSHI and KAZUNARI
WATANABE,

    Defendants.

CIVIL CASE NO. 02-00016

DEMAND FOR JURY TRIAL

Comes Now Plaintiffs, by and through counsel, and requests a Jury Trial for the claims asserted.

Dated: June 10, 2002

GORMAN & GAVRAS

BY: William L. Gavras, Esq.
Attorneys for Plaintiffs
ZYMA AUGUSTIN, MARITES CACYAN,
LILIBETH CASINO, and
MONA LISA MUSINGI

**ORIGINAL**