# United States District Court

_____ DISTRICT OF _____
GUAM

ZYMA AUGUSTIN, MARITES CACYAN,
LILIBETH CASINO, and MONA LISA
MUSINGI

V.

SEA VIEW ENTERPRISES, d/b/a
MR. SUSHI and KAZUNARI
WATANABE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 02-00016



FILED
DISTRICT COURT OF GUAM
JUN 27 2002
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

KAZUNARI WATANABE
P.O. Box 11379
Tamuning, Guam 96931

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Gavras, Esq.
Law Offices of Gorman & Gavras
118-A Chalan Santo Papa
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

(BY) DEPUTY CLERK

JUN 10 2002
DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/27/02 |
|---|---|
| NAME OF SERVER (PRINT) Gregory C. Hall | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Sea View Enterprises 355-CFS Building, Tan Maria Rivera Flores, Tanapag

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/27/02
Date

Greg C. Hall
Signature of Server

P.O. Box 23964, Barrigada
Address of Server

[illegible]-00016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.