TERRENCE M. BROOKS, ESQ.
DAVID RIVERA, ESQ.
**BROOKS LYNCH & TYDINGCO** LLP
Suite 101 - C & A Building
251 Martyr Street
Agana, Guam 96910
Telephone: (671) 472-6848

*Attorneys for Defendants
Sea View Enterprises,
d/b/a Mr. Sushi and
Kazunari Watanabe*

FILED
DISTRICT COURT OF GUAM
JUL 19 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| ZYMA AUGUSTIN, MARITES CACYAN, LILIBETH CASINO, and MONA LISA MUSINGI, <br><br> Plaintiffs, <br><br> vs. <br><br> SEA VIEW ENTERPRISES, d/b/a/ MR. SUSHI and KAZUNARI WATANABE <br><br> Defendant. | CIVIL CASE NO. 02-00016 <br><br><br> **CERTIFICATE OF SERVICE** |

I, KATHRYN W. LITTLEPAGE, Legal Secretary, working in the law firm of **BROOKS LYNCH & TYDINGCO LLP** hereby certify that on or about the 16th day of July, 2002, I caused to be served by hand delivery a copy of the Answer to Complaint to:

**William L. Gavras, Esq.**
**Law Offices of Gorman and Gavras**
**118A Chalan Santo Papa**
**Hagåtña, Guam 96910**

Kathryn W. Littlepage
Legal Secretary