William L. Gavras, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
ZYMA AUGUSTIN, MARITES
CACYAN, LILIBETH CASINO,
and MONA LISA MUSINGI

FILED
DISTRICT COURT OF GUAM
SEP 0 6 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT
OF GUAM

ZYMA AUGUSTIN, MARITES
CACYAN, LILIBETH CASINO,
and MONA LISA MUSINGI,

   Plaintiffs,

vs.

SEA VIEW ENTERPRISES, d/b/a
MR. SUSHI and KAZUNARI
WATANABE,

   Defendants.
_____/

CIVIL CASE NO. 02-00016

SCHEDULING ORDER

## SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1.  The nature of the case is as follows:

  Title VII wrongful employment practices.

2.  The posture of the case is as follows:

      a)     The following motions are on file (pending):

             None at the present time.

      b)     The following motions have been resolved:

             Not applicable.

      c)     The following formal discovery has been initiated:

             None at the present time.

3.     All Motions to add parties and claims shall be on or before:

January 20, 2003.

4.     All Motions to amend pleadings shall be filed on or before:

January 20, 2003.

5.     Status of Discovery:

The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6.     ~~The parties shall appear before the District Court on September 5, 2002, at 3:00 p.m. for the Scheduling Conference.~~ *[initialed]*

7.     The discovery cut-off date (defined as the last day to file responses to discovery) is: January 17, 2003.

8.     a)     The anticipated discovery motions are:

None at this time.

b) All discovery motions shall be filed on or before January 23, 2003. These motions will be heard on or before February 14, 2003.

c) All dispositive motions shall be filed on or before February 6, 2003 and heard on or before February 28, 2003.

9. The prospects for settlement are:

Unknown at this time.

10. The Preliminary Pretrial Conference shall be held on March 3, 2003 at 3:00 p.m. (no later than 21 days to trial date).

11. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before March 10, 2003 (no later than 14 days prior to Trial).

12. The Proposed Pretrial Order shall be filed on or before March 10, 2003 (no later than 14 days prior to Trial).

13. The Final Pretrial Conference shall be held on March 17, 2003, at 3:00 p.m. (no later than 7 days prior to Trial).

14. The Jury Trial shall be held on March 25, 2003 at 9:30 a.m.

15. The Plaintiff does seek a jury trial.

16. It is anticipated that it will take one to three (1-3) days to try this case.

17. The names of counsel on this case are:

    William L. Gavras, Esq. for Plaintiffs Zyma Augustin, Marites Cacyan, Lilibeth Casino, and Mona Lisa Musingi.

    David Rivera, Esq. for Defendants Sea View Enterprises, d/b/a Mr. Sushi and Kazunari Watanabe.

18. The Parties are amenable to submitting this case to a settlement conference.

19. The parties present the following suggestions for shortening trial:

    None at this time.

20. The following issues will affect the status or management of the case:

    Unknown at this time

Dated: SEP 06 2002

HONORABLE JOHN S. UNPINGCO
Chief District Judge

**RECEIVED**
AUG 1 4 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

APPROVED AS TO FORM AND CONTENT:

Dated: August 13, 2002.    BROOKS LYNCH & TYDINGCO LLP

BY: _____
DAVID RIVERA, ESQ.
Attorneys for Defendants

Dated: August 12, 2002.    GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
ZYMA AUGUSTIN, MARITES CACYAN,
LILIBETH CASINO, and MONA LISA
MUSINGI

5