William L. Gavras, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
ZYMA AUGUSTIN, MARITES
CACYAN, LILIBETH CASINO,
and MONA LISA MUSINGI

FILED
DISTRICT COURT OF GUAM
SEP 0 6 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| ZYMA AUGUSTIN, MARITES CACYAN, LILIBETH CASINO, and MONA LISA MUSINGI, <br><br> Plaintiffs, <br><br> vs. <br><br> SEA VIEW ENTERPRISES, d/b/a MR. SUSHI and KAZUNARI WATANABE, <br><br> Defendants. | CIVIL CASE NO. 02-00016 <br><br><br> DISCOVERY PLAN |

## DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rules 16.2, the parties agree to and hereby submit the following plan:

    A.    Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff date. Some of the parties may call expert witnesses in this case.

    B.    Unless additional discovery is ordered by the Court, the parties also may propound one set each of interrogatories (25 maximum) and requests for admissions

(25 maximum). Requests for production may also be propounded. This discovery shall be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.

   C.   The parties, except as otherwise noted, agree to provide all prediscovery and preliminary discovery mandated by local rules and FRCP Rule 26 by October 29, 2002. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

   D.   All parties will exchange names and reports (if any) of expert witnesses on or before December 3, 2002.

   E.   The specific subjects on which discovery may be needed are:

   Facts supporting the nature of the claims and defenses.

   F.   Other than the provisos set forth above in Item B, the parties do not anticipate requiring any other changes or limitations on discovery as imposed under the federal and local rules.

   G.   The Cutoff date for discovery is January 17, 2003.

APPROVED AS TO FORM AND CONTENT:

Dated: August 13, 2002.          BROOKS LYNCH & TYDINGCO LLP

                         BY: _____
                         DAVID RIVERA, ESQ.
                         Attorneys for Defendants

Dated: August 12, 2002.

GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
ZYMA AUGUSTIN, MARITES CACYAN,
LILIBETH CASINO, and MONA LISA
MUSINGI

RECEIVED
AUG 14 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

3