DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
MAR 03 2003
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| ZYMA AUGUSTIN, *et al.*, | Civil Case No. 02-00016 |
| Plaintiffs, | |
| vs. | |
| SEA VIEW ENTER. d/b/a/ MR. SUSHI, *et al.*, | ORDER |
| Defendants. | |

Due to the scheduling needs of the Court, the March 3, 2003 Scheduling Conference is hereby moved to Tuesday, March 4, 2003 at 2:30 p.m.

SO ORDERED this 3rd day of March, 2003.

JOHN S. UNPINGCO
District Judge