DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
MAR - 5 2003
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| ZYMA AUGUSTIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SEA VIEW ENTER. d/b/a/ MR. SUSHI, *et al.*, <br><br> Defendants. | Civil Case No. 02-00016 <br><br><br><br><br> **MINUTES** |

( ) SCHEDULING CONFERENCE   (√) PRELIMINARY PRETRIAL CONFERENCE
(March 4, 2003; 2:35 - 2:45 p.m.)

( ) FINAL PRETRIAL CONFERENCE   ( ) STATUS CONFERENCE

**Notes**: Attorney William Gavras appeared for the plaintiffs. Attorney David Rivera appeared on behalf of defendants.

    Judge Unpingco stated that the dispositive issue of whether Title VII applies to the facts of this case must be settled before the parties proceed to trial. Accordingly, the defendants shall file a motion to dismiss or a summary judgment motion by Friday, March 14, 2003. Plaintiffs shall file their response no later than Friday, March 28, 2003. Defendants may file a reply brief no later than Friday, April 4, 2003. A hearing on the matter may be scheduled at a later date if the Court believes that one is necessary. Once the jurisdictional issue is resolved, the Court will re-set the trial date, if necessary.

    Dated: March 4, 2003.

_____
JUDITH P. HATTORI
Law Clerk