ORIGINAL

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ZYMA AUGUSTIN, *et al.*,

    Plaintiffs,

vs.

SEA VIEW ENTER. d/b/a/ MR. SUSHI, *et al.*,

    Defendants.

Civil Case No. 02-00016

ORDER

On March 4, 2003, this case came before the Court for a preliminary pretrial conference. At the preliminary pretrial conference, the Court expressed its concern that the defendants' trial brief raised a challenge to this Court's jurisdiction over the case. Specifically, the defendants for the first time asserted that Title VII does not apply since defendant Sea View Enterprises never employed more than four or five employees at any given time.[1] In order to resolve this jurisdictional prerequisite, the defendants shall file an appropriate motion (motion to dismiss or motion for summary judgment) by Friday, March 14, 2003. Plaintiffs shall file their response to the defendants' motion no later than Friday, March 28, 2003. Thereafter, defendants may file a reply brief by Friday, April 4, 2003. The Court will schedule a hearing on the motion at a later date if the Court believes that one is necessary.

---

[1] Employers are not covered under Title VII unless they employ the statutorily required 15 employees for each day during 20 calendar weeks in the year. See 42 U.S.C. § 2000e(b).

1. Furthermore, the Court hereby VACATES the March 25, 2003 trial date. Once the jurisdictional issue is resolved, the Court will re-set the trial date, if necessary.

SO ORDERED this 5th day of March, 2003.

JOHN S. UNPINGCO
District Judge