William L. Gavras, Esq.
GORMAN & GAVRAS
A Professional Corporation
118-A Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
ZYMA AUGUSTIN, MARITES
CACYAN, LILIBETH CASINO,
and MONA LISA MUSINGI

**FILED**
DISTRICT COURT OF GUAM
MAR 28 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| ZYMA AUGUSTIN, MARITES CACYAN, LILIBETH CASINO, and MONA LISA MUSINGI, | CIVIL CASE NO. 02-00016 |
| Plaintiffs, | PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS DUE TO LACK OF SUBJECT MATTER JURISDICTION |
| vs. | |
| SEA VIEW ENTERPRISES, d/b/a MR. SUSHI and KAZUNARI WATANABE, | |
| Defendants. | |

Comes Now Plaintiffs by and through counsel and state as follows:

Under Title VII of the Civil Rights Act of 1964 and employer is defined as follows:

> The term "employer" means a person engaged in an industry affecting commerce who has fifteen or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year.

42 U.S.C. §2000e(b).

In the body of Defendants' argument, Defendants state that in the following dates Defendants employed 12 – 14 people:

1. February 7, 2001
2. February 21, 2001
3. March 7, 2001
4. March 21, 2001
5. May 31, 2001
6. June 14, 2001
7. July 11, 2001
8. July 25, 2001
9. August 8, 2001
10. September 5, 2001
11. September 19, 2001
12. October 3, 2001
13. November 12, 2001
14. December 13, 2001.

Defendants' Motion pgs 4 – 5.

On its face these dates do not meet the statutory requirement of 15 employees. However, according to the Articles of Incorporation and Bylaws of Defendant SEA VIEW ENTERPRISES, this Defendant has separate individuals performing as officers of the corporation, specifically the vice president, secretary and treasurer. When these three individuals are added to the above stated two week intervals, each interval meets or exceeds the 15 employee requirement. Therefore, on their own, and especially when combined with the other two week intervals cited by Defendants which on their face meet or exceed the 15 employee requirement, the 20 week requirement is far exceeded.

## CONCLUSION

The Title VII threshold jurisdiction requirements are met.

Dated: March 1, 2003

GORMAN & GAVRAS

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
ZYMA AUGUSTIN, MARITES
CACAYAN, LILIBETH CASINO, and
MONA LISA MUSINGI

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon David Rivera, Esq. a true and correct copy of this document on or before March 28, 2003.

Date: March 28, 2003.

GORMAN & GAVRAS

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs

3