LAW OFFICES OF
TERRENCE M. BROOKS
ATTORNEY AT LAW
Suite 101, C&A Building
251 Martyr Street
Hagåtña, Guam 96910-5190
Telephone: (671) 472-6848
Facsimile: (671) 477-5790

Attorneys for Defendants
Sea View Enterprises, d/b/a/ Mr. Sushi and
Kazunari Watanabe

FILED
DISTRICT COURT OF GUAM
APR - 4 2003
MARY L. M. MORAN
CLERK OF COURT

(17)

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| ZYMA AUGUSTIN, MARITES CACYAN, LILIBETH CASINO, and MONA LISA MUSINGI,<br><br>Plaintiffs,<br><br>vs.<br><br>SEA VIEW ENTERPRISES, d/b/a MR. SUSHI and KAZUNARI WATANABE,<br><br>Defendants. | CIVIL CASE NO. 02-00016<br><br>SUBSTITUTION OF COUNSEL |

Sea View Enterprises d/b/a Mr. Sushi and Kazunari Watanabe, herein substitutes the Law Office of Terrence M. Brooks as counsel to represent them in the above entitled matter.

Dated this 3 day of April, 2003.

SEA VIEW ENTERPRISES, d/b/a MR. SUSHI

_____
Kazunari Watanabe,
President

Accepted by:
Brooks Lynch & Tydingco, LLP

By: _____
Terrence M. Brooks, Esq.

Law Offices of
Terrence M. Brooks

By: _____
Terrence M. Brooks, Esq.

ORIGINAL