Law Offices of
**TERRENCE M. BROOKS**
Attorney At Law
Suite 101 - C & A Building
251 Martyr Street
Hagåtña, Guam 96910
Telephone: (671) 472-6848
Attorneys for Defendants Sea View Enterprises,
d/b/a Mr. Sushi and Kazunari Watanabe

FILED
DISTRICT COURT OF GUAM
APR - 4 2003
MARY L. M. MORAN
CLERK OF COURT

19

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| ZYMA AUGUSTIN, MARITES CACYAN, LILIBETH CASINO, and MONA LISA MUSINGI, <br><br> Plaintiffs, <br> vs. <br><br> SEA VIEW ENTERPRISES, d/b/a/ MR. SUSHI and KAZUNARI WATANABE <br><br> Defendant. | CIVIL CASE NO. 02-00016 <br><br><br> **CERTIFICATE OF SERVICE** |

I, **Donna M. Gogue**, Legal Secretary, working in the Law Offices of **TERRENCE M. BROOKS** hereby certify that on or about the 4th of April, 2003, I caused to be served by hand delivery a copy of the **REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS DUE TO LACK OF SUBJECT MATTER JURISDICTION** and **SUBSTITUTION OF COUNSEL** to:

William L. Gavras, Esq.
Law Offices of Gorman and Gavras
118A Chalan Santo Papa
Hagåtña, Guam 96910

Dated: <u>April 4, 2003</u>.

_/s/ Donna M. Gogue_
Donna M. Gogue
Legal Secretary

**ORIGINAL**