DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ZYMA AUGUSTIN, MARITES CACYAN, LILIBETH CASINO, and MONA LISA MUSINGI,

Plaintiffs,

vs.

SEA VIEW ENTERPRISES, dba MR. SUSHI, and KAZUNARI WATANABE,

Defendants.

Civil Case No. 02-00016

**JUDGMENT**

Judgment is hereby entered in accordance with the Order filed July 7, 2003.

Dated this 7th day of July, 2003, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on JUL 07 2003. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____
Deputy Clerk      Date  JUL 07 2003